
Approved.
/s/ *Benita Y. Pearson* on 2/4/2022
United States District Judge

IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **VANESTA GARLTIC,** | ) |
| Plaintiff, | ) CASE NO. 4:21-cv-01547 |
| | ) |
| vs. | ) JUDGE BENITA V. PEARSON |
| | ) |
| **GL INTERNATIONAL, LLC D/B/A GLI POOL PRODUCTS,** | ) **STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendant. | ) |

Plaintiff Vanessa Garltic and Defendant GL International, LLC d/b/a GLI Pool Products, by and through their undersigned counsel, hereby agree and stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this entire action, including all claims in Plaintiff's Complaint against Defendant, is hereby dismissed with prejudice as to future action, with the parties to bear their own respective costs, expenses, and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ *Rocco J. Screnci* | /s/ *Robert E. Dezort* |
| Rocco J. Screnci (0100333) | Robert E. Dezort (0059688) |
| THE SPITZ LAW FIRM, LLC | FISHER & PHILLIPS LLP |
| 25200 Chagrin Boulevard, Suite 200 | 200 Public Square, Suite 4000 |
| Beachwood, OH 44122 | Cleveland, OH 44114 |
| Telephone: (216) 291-4744 | Telephone: (440) 838-8800 |
| Facsimile: (216) 291-5744 | Facsimile: (440) 838-8805 |
| Rocco.screnci@spitzlawfirm.com | rdezort@fisherphillips.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |